# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

*receipt 11091109*
*$3.43*

December 15, 2010

*FILED DEC 17 2010 BANKRUPTCY COURT BUFFALO, N.Y.*

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: CONRAD, DANIEL P. /Case # 07-04614
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $3.43. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  LVNV Funding LLC its successors and assigns as   Amount $ 3.43   Claim Register # 6

JOHN H. RING, III
Trustee